# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 4:23-CV-00319-MW-MAF

Plaintiff:
**BONNIE HERNANDEZ**

vs.

Defendant:
**UNITED STATES OF AMERICA**


JMT2023001051

For:
Howard Slomka
BUSCH MILLS & SLOMKA, LLP
3000 Heritage Walk
Suite 304
Milton, GA 30004

Received by JMT MANAGEMENT on the 25th day of July, 2023 at 2:45 pm to be served on **JASON COODY OR DESIGNEE, U.S. ATTORNEY, NORTHERN DISTRICT OF FLORIDA, 111 NORTH ADAMS STREET, 4TH FLOOR, U.S. COURTHOUSE, TALLAHASSEE, FL 32301**.

I, JAMES KADY, do hereby affirm that on the **27th day of July, 2023** at **11:17 am, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET AND COMPLAINT** to: **RAPHAEL SIEGRIST** as DOCKETED CLERK, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **111 N. ADAMS ST., TALLAHASSEE, FL 32301.** on behalf of **JASON COODY OR DESIGNEE, U.S. ATTORNEY, NORTHERN DISTRICT OF FLORIDA**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: WHITE, Height: 6'0", Weight: 160, Hair: BALD, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JAMES KADY
65

JMT MANAGEMENT
6250 N. Military Trail
Suite 102
West Palm Beach, FL 33407
(561) 640-4800

Our Job Serial Number: JMT-2023001051

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

BONNIE HERNANDEZ,

*Plaintiff(s)*

v.

Civil Action No. 4:23-cv-00319-MW-MAF

UNITED STATES OF AMERICA,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jason Coody or designee, U.S. Attorney
Northern District of Florida
111 North Adams Street
4th Floor, U.S. Courthouse
Tallahassee, FL 32301

JMCS
7/27/2023
11:10 AM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Howard P. Slomka, Esq.
BUSCH MILLS & SLOMKA, LLP
3000 Heritage Walk, Suite 304
Milton, Georgia 30004
(404)800-4017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/25/2023

/s/ Samantha Buckhalt, Deputy Clerk
*Signature of Clerk or Deputy Clerk*