UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ,            :
                             :
    Plaintiff,               :
                             :        Civil Action File
                             :
vs.                          :
                             :        No. 4:23-cv-00319-MW-MAF
                             :
UNITED STATES OF AMERICA,    :
                             :
    Defendant.               :
_____  :

## PLAINTIFF'S RESPONSE

COMES NOW, the undersigned, Howard Slomka, who respectfully responds to this Court's Orders dated August 3, 2023 and September 1, 2023 as follows:

### 1.

Plaintiff's Complaint was filed of record on July 24, 2023 and Defendant was served on July 27, 2023.  Defendant United States of America has not filed an Answer to the Complaint.

### 2.

On August 3, 2023, the Court entered an Order directing Plaintiff to respond to jurisdictional concerns by August 23, 2023.  Plaintiff failed to file a response

1

due to an email forwarding issue within the firm, and only became aware of the Order on September 28, 2023.

3.

On September 1, 2023, this Court entered an Order to Show Cause directing Plaintiff to answer on or before September 11, 2023.  Plaintiff failed to file a response due to an email forwarding issue within the firm, and only became aware of the Order on September 28, 2023.

4.

The undersigned counsel offers his apology to the Court and opposing party for missing the deadlines in the orders in this case.  Our law firm emails and case management system only alerted one counsel to these pleadings and said counsel misunderstood that another counsel was responding in time.  The undersigned counsel takes full responsibility for this error and for confirming that all future pleadings in this case are responded to pursuant to the deadlines.  I am pleased that no party was prejudiced by my error.

**PLAINTIFF'S RESPONSE**

COMES NOW the Plaintiff, by and through her counsel of record, and files this Response to the Court's concerns regarding jurisdiction issues as follows:

1.

Plaintiff restates paragraphs 7,8, and 9 of Plaintiff's Complaint entitled "Jurisdiction and Venue."  In addition, Plaintiff shows that prior to filing the Complaint, on November 1, 2022, and pursuant to Federal Tort Claim Act, 28 U.S.C. § 1346, administrative requirements were exhausted by forwarding notice to the Federal Bureau of Prisons *via* certified mail.  The notice set forth Plaintiff's claims of negligence, assault, battery, false imprisonment, and intentional infliction of emotion distress.  A copy of the notice is attached hereto as Exhibit "A."  The Federal Board of Prisons received and signed for the certified mail on November 7, 2022.  A copy of the return receipt is attached hereto as Exhibit "B."

**WHEREFORE**, the undersigned respectfully requests permission to submit the Response as so ordered.

Dated:  September 29, 2023

Respectfully submitted,

*/s/ Howard Slomka*
HOWARD SLOMKA
Florida Bar No. 0018697
hs@buschmills.com
Howie@Slomka.us
BUSCH MILLS & SLOMKA, LLP
3000 Heritage Walk, Suite 304
Milton, GA 30004
(404)800-4017

*Counsel for Plaintiff, Bonnie Hernandez*

## CERTIFICATE OF SERVICE

I certify that on September 29, 2023, the foregoing as electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, and that a copy of the foregoing will be forwarded by regular mail, with proper postage affixed thereon, as follows:

Jason R. Coody or his designee
United States Attorney
Northern District of Florida
111 North Adams Street
4th Floor U.S. Courthouse
Tallahassee, Florida 32301

/s/ Howard Slomka
HOWARD SLOMKA
Florida Bar No. 0018697
hs@buschmills.com
Howie@Slomka.us
BUSCH MILLS & SLOMKA, LLP
3000 Heritage Walk, Suite 304
Milton, GA 30004
(404)800-4017

*Counsel for Plaintiff, Bonnie Hernandez*