# EXHIBIT A

# BUSCHMILLS

**BRYAN E. BUSCH**
**BUSCH, MILLS & SLOMKA, LLP**
Market District Crabapple
3000 Heritage Walk, Suite 304 ◊◊ Milton, GA 30004
bb@buschmills.com
Phone: (404) 800-4062
Mobile: (770)265-6245

November 1, 2022

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7021 2720 0000 7614 4373**
Federal Bureau of Prisons
320 First Street, NW
Washington D.C. 20534

    re:    Federal Torts Claim Act (28 USC § 1346 et seq.)

- Bonnie Cortez Hernandez
  Inmate Number 24952-045

To Whom It May Concern:

    This Firm serves as counsel for the above-named individual (hereafter "Client") who was incarcerated against her will by the United States of America at a female prison camp known as FCI Tallahassee (hereafter "FCIT"). The purpose of this letter is to provide notice to the Federal Bureau of Prisons (hereafter "BOP") of claims for negligence, assault, battery, false imprisonment and intentional infliction of emotional distress under the Federal Torts Claim Act ("FTCA") (28 USC § 1346 et seq.). All future communication regarding the claims set forth below or any investigation thereof must be addressed to the undersigned as legal counsel to Client.

**ATLANTA OFFICE:**
Market District Crabapple
3000 HERITAGE WALK, #304
MILTON, GA 30004

**WEST PALM BEACH OFFICE:**
701 S OLIVE AVENUE, #105
WEST PALM BEACH, FL 33401

Federal Bureau of Prisons
Bonnie Cortez Hernandez Tort Claim
November 1, 2022

This letter also serves as notice to preserve and protect all evidence related to the claims described herein including, physical/DNA evidence, investigative notes and records, video/audio surveillance, computer records, and electronic communications. Failure to safeguard all evidence related to these actions may result in spoliation claims against the correctional institution, the federal government and its agencies and any individuals involved in the destruction or alteration of evidence.

FCIT is operated by the BOP through the United States Department of Justice. FCIT employs correctional officers, facilities staff and management to oversee and operate the prison facility. The correctional officers are trained, managed, overseen and paid by the BOP. The correctional officers are federal employees subjecting the United States of America to liability for improper actions committed within the course and scope of their employment.

FCIT employed a male correctional officer by the name of Officer Lenton Hatten (hereafter "Offending Officer") that routinely sexually abused and harassed our Client during the time she was incarcerated. The Offending Officer was a known sexual predator and had been investigated on numerous occasions for sex crimes against female inmates. The administration was well aware that the victims of sexual abuse were reluctant to report this misconduct for fear of reprisal including transfer to a different facility, disciplinary segregation, loss of early release rights, detrimental write-ups and loss of work privileges. These retaliatory policies <u>intentionally</u> suppressed complaints of sexual abuse and allowed sexual predators unfettered access to female prisoners.

Despite the known issues of abuse, FCIT granted the Offending Officer direct contact with our Client including one on one access in the garage area for vehicle maintenance. The Offending Officer used his position of authority to threaten, intimidate and coerce our Client into engaging in unwanted, non-consensual, sexual activities in direct violation of the Prison Rape Elimination Act ("PREA"). FCIT administrators were directly responsible for the <u>negligent</u> hiring, retention, training, reporting and supervision of the Offending Officer including failure to follow and enforce the following PREA regulations:

2 | P a g e

Federal Bureau of Prisons
Bonnie Cortez Hernandez Tort Claim
November 1, 2022

- Section 115.11 - failing to enforce zero tolerance policy
- Section 115.13 - failing to supervise and monitor (video surveillance) one-on-one inmate/officer contact
- Section 115.15 - permitting improper cross-gender pat downs
- Section 115.17 - hiring, promoting and retaining officers who "may" have had improper sexual contact
- Section 115.43 - punishing sex victims with involuntary segregated housing, loss of privileges and work permits
- Section 115.61 - failing to report suspicion of sexual abuse
- Section 115.67 - failing to protect inmates from retaliation after reporting abuse
- Section 115.76 - failing to discipline staff for sexual misconduct

The Offending Officer, acting within the course and scope of his employment with the BOP, engaged in sexual abuse and harassment of our Client as prohibited and defined by PREA. This sexual abuse gives rise to Florida state law claims for assault and battery, false imprisonment and intentional infliction of emotional distress.

Our Client was incarcerated at FCIT beginning in 2015. She met the Offending Officer prior to the COVID pandemic when they were both working in recreation detail. The Offending Officer would routinely retrieve our Client to perform private work detail and clean up in the upper recreation area. During these private work sessions, the Offending Officer attempted to befriend our Client and gain her trust. The Offending Officer began doing "favors" for our Client by bringing her contraband and other items for her convenience. The Offending Officer then began groping, touching and kissing our Client when alone in the rec area. These actions quickly escalated to sexual intercourse for the first time in the outside "rec shack" in October 2021. The sexual assaults continued over the course of a year in the outside "rec shack" on more than two dozen occasions. The Offending Officer never used protection and always ejaculated inside of our Client's vagina. The Offending Officer would threaten our Client that he was going to have her reported for contraband and placed in the SHU if she reported any instances of sexual abuse.

Federal Bureau of Prisons
Bonnie Cortez Hernandez Tort Claim
November 1, 2022

    The frequency and violence of the sexual assaults increased and by August 2022 our Client was forced to take action to defend herself. On August 9, 2022, the Offending Officer trapped our Client alone in the "rec shack" again and violently raped her causing her to bleed. She collected the blood and semen on a panty liner and managed to send the panty liner outside the facility through the mail. On August 10, 2022, she informed the officer in charge that she had been raped and was taken to have a rape kit performed. On August 11, 2022, officers from OIG and the FBI interviewed our Client and took her panties for DNA testing. The FBI also retrieved the panty liner shipped through the mail for DNA testing as well.

    Our Client was then transferred to FDC Miami for holding and continues to remain in a non-designated status at this holding facility. None of her property from FCIT has been returned to her. She has constant nightmares of the Offending Officer trying to kill her and is afraid for her safety.

    As a result of these sexual assaults and harassment, our Client has suffered extensive pain and suffering, psychological trauma, physical trauma, emotional distress and depression. Our Client demands compensation from the federal government for this abuse in an amount of **$1,450,000**.

    We look forward to your timely response.

Sincerely,

Bryan E. Busch