IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ,

    Plaintiff,

vs.                                                     Case no. 4:23-civ-319-MW/MAF

UNITED STATES OF AMERICA,

    Defendant.

_____/

### UNITED STATES OF AMERICA'S CONSENTED MOTION
### FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

    Pursuant to Fed.R.Civ.P. 6(b)(1)(A), the defendant, United States of America, hereby moves for a thirty day extension of time within which to respond to the complaint in this matter, to and including November 2, 2023. The plaintiff consents to this request. Defendant refers to its memorandum of law below for the grounds in support of this motion.

### Legal Memorandum

    The plaintiff, Bonnie Hernandez, initiated this action with the filing of her complaint on July 24, 2023. Doc. No. 1. The United States Attorney for the Northern District of Florida was served with process on July 27, 2023. Doc. No. 6. Although no summons appears on the docket, the Attorney General was evidently served on August 4, 2023. Accordingly, the deadline for responding to the

1

complaint would be sixty days after service is complete, here October 3, 2023. Fed.R.Civ.P. 12(a)(2).[1]

Fed.R.Civ.P. 6(b)(1)(A) provides the Court with discretion to extend any deadline imposed by Court order or by operation of a procedural rule upon a showing of good cause, if the request is filed before the original time expires. The United States respectfully suggests that good cause exists in support of this request. The Executive Office of United States Attorneys recently requested that the United States Attorney's Office for the Middle District of Florida appear in place of our colleagues in the Northern District of Florida. The logistical details associated with authorizing the undersigned to appear pursuant to 28 U.S.C. § 515 required coordination between our office, the Executive Office of United States Attorneys, and the United States Attorney's Office for the Northern District of Florida. These logistics were completed last week, which formally permitted the undersigned to file his notice of appearance. Doc. No. 12. An additional thirty days is needed to permit the undersigned to communicate with the Bureau of Prisons concerning the case, familiarize himself with the facts and applicable legal overlay, and fashion a defense. This extension request is made in good faith and not for delay.

---

[1] Strictly speaking, Rule 12(a)(2) states that the response date should be calculated from the date of service upon the United States attorney. However, the Court should interpret the rule liberally to provide the government with the full benefit of the sixty day response time intended by that rule. To the extent that the Court would require a showing of "excusable neglect" under Fed.R.Civ.P. 6(b)(1)(B) for a request out of time, we respectfully urge that the recusal of the United States Attorney's office receiving initial service in this case, coupled with the need to authorize another United States Attorney's office to appear with no prior exposure to the case, provide grounds for the requested extension.

**Local Rule 7.1(b) Certification**

The undersigned has communicated with counsel for plaintiff concerning this request. Plaintiff has graciously consented to the requested extension.

**Conclusion**

For the foregoing reasons, the United States respectfully requests the Court extend the deadline for responding to the complaint to and including November 2, 2023.

    Respectfully Submitted,

    ROGER B. HANDBERG
    United States Attorney

By:    */s/Lacy R. Harwell, Jr.*
    LACY R. HARWELL, Jr.
    Assistant United States Attorney
    Florida Bar No. 714623
    Acting Under Authority Conferred
    by 28 U.S.C. § 515
    Office of the U. S. Attorney for the
    Middle District of Florida
    400 N. Tampa Street, Suite 3200
    Tampa, Florida  33602
    Telephone No. (813) 274-6000
    Facsimile No. (813) 274-6200
    Email: Randy.Harwell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2023, a true and correct copy of the foregoing application was sent by email to the following counsel of record:

Howard Slomka, Esquire
hs@buschmills.com
Howie@Slomka.us

                                         */s/Lacy R. Harwell, Jr.*
                                         LACY R. HARWELL, Jr.
                                         Assistant United States Attorney