**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BONNIE HERNANDEZ,**

    **Plaintiff,**

vs.                                                Case No. 4:23cv319-MW-MAF

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## **O R D E R**

The Defendant has filed a motion for a thirty day extension of time in which to file a response to Plaintiff's complaint.  ECF No. 13.  The motion expresses that Plaintiff consents to the request, and also demonstrates that service has been carried out.[1]  Good cause having been shown, the motion is granted.  Defendant has until November 2, 2023, to respond.

As an additional matter, counsel's attention is directed to Local Rule 5.1(C) which requires all documents filed to use 14-point font.

---

[1] The docket does not show service on the United States Attorney General.

Accordingly, it is

**ORDERED:**

1. Defendant's motion for an extension of time, ECF No. 13, is **GRANTED**.

2. Defendant has until **November 2, 2023**, in which to file an answer or other response to Plaintiff's complaint, ECF No. 1.

**DONE AND ORDERED** on October 4, 2023.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**