IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ,

    Plaintiff,

vs.                                             Case no. 4:23-civ-319-MW/MAF

UNITED STATES OF AMERICA,

    Defendant.

_____/

## UNITED STATES OF AMERICA'S TIME SENSITIVE SECOND CONSENTED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b)(1)(A), the defendant, United States of America, hereby moves for a thirty day extension of time within which to respond to the complaint in this matter, to and including December 1, 2023. This is the second extension requested by the government for this deadline. The plaintiff consents. Defendant refers to its memorandum of law below for the grounds in support of this motion.

## Legal Memorandum

The plaintiff, Bonnie Hernandez, initiated this action with the filing of her complaint on July 24, 2023. Doc. No. 1. The United States Attorney for the Northern District of Florida was served with process on July 27, 2023.

1

Doc. No. 6. The Attorney General was evidently served on August 4, 2023. Accordingly, the initial deadline for responding to the complaint was October 3, 2023.

The Executive Office of United States Attorneys thereafter requested that the United States Attorney's Office for the Middle District of Florida appear in this case in place of our colleagues in the Northern District of Florida. The logistical process associated with that request necessitated our first requested extension of the answer deadline, which was granted, to and including November 2, 2023. Doc. Nos.

The undersigned has approached plaintiff's counsel to gauge the plaintiff's interest in resolving this matter outside of the litigation process, and has made an opening offer of settlement. Plaintiff's counsel needs time to communicate with his client concerning the offer, but expressed cautious optimism concerning the parties' ability to pursue a resolution effectively.

Both parties desire to pursue this opportunity free from the distractions of litigation. In the absence of an extension, the parties will need to spend time on motion practice concerning some of the allegations in the complaint, hold a case management conference and propose amended case management deadlines for the Court, and engage in arduous discovery. The requested brief

extension of the answer deadline would obviate significant and needless litigation efforts and would conserve Court resources.

### Local Rule 7.1(b) Certification

The undersigned has communicated with counsel for plaintiff concerning this request. Plaintiff has graciously consented to the requested extension.

### Conclusion

For the foregoing reasons, the United States respectfully requests the Court extend the deadline for responding to the complaint to and including December 1, 2023.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Lacy R. Harwell, Jr.*
LACY R. HARWELL, Jr.
Assistant United States Attorney
Florida Bar No. 714623
Acting Under Authority Conferred by 28 U.S.C. § 515
Office of the U. S. Attorney for the Middle District of Florida
400 N. Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone No. (813) 274-6000
Facsimile No. (813) 274-6200
Email: Randy.Harwell@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 1, 2023, a true and correct copy of the foregoing application was sent by email to the following counsel of record:

    Howard Slomka, Esquire
    hs@buschmills.com
    Howie@Slomka.us

    Bryan Busch, Esquire
    bb@buschmills.com

                                      */s/Lacy R. Harwell, Jr.*
                                       LACY R. HARWELL, Jr.
                                 Assistant United States Attorney