IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BONNIE HERNANDEZ,**

    **Plaintiff,**

**vs.**                                        **Case No. 4:23cv319-MW-MAF**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## O R D E R

Defendant has filed a second request for a thirty day extension of time in which to file a response to Plaintiff's complaint. ECF No. 17. The motion advises that Plaintiff consents to the request, but it also demonstrates good cause. The motion is granted and Defendant has until Friday, December 1, 2023, to respond.

Accordingly, it is **ORDERED** that the motion for an extension of time, ECF No. 17, is **GRANTED**, and Defendant has until **December 1, 2023**, to file an answer to Plaintiff's complaint, ECF No. 1.

**DONE AND ORDERED** on November 3, 2023.

                                     S/   Martin A. Fitzpatrick
                                     **MARTIN A. FITZPATRICK**
                                     **UNITED STATES MAGISTRATE JUDGE**