IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ,

    Plaintiff,

vs.                                    Case no. 4:23-civ-319-MW/MAF

UNITED STATES OF AMERICA,

    Defendant.

_____/

### TIME SENSITIVE JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b)(1)(A), the parties jointly move to extend the United States' deadline for responding to the complaint in this matter by forty five days, to and including January 15, 2024. This will be the final request for an extension of this kind.

The parties refer to the below memorandum of law below for the grounds in support of this motion.

### Legal Memorandum

The plaintiff, Bonnie Hernandez, initiated this action with the filing of her complaint on July 24, 2023. Doc. No. 1. The United States Attorney for the Northern District of Florida was served with process on July 27, 2023.

Doc. No. 6.  The Attorney General was served on August 4, 2023. Accordingly, the initial deadline for responding to the complaint was October 3, 2023.

Following the appointment of the undersigned AUSA to appear on behalf of the United States in place and instead of the United States Attorney's Office for the Northern District of Florida, the defendant requested a thirty day extension of time to respond to the complaint.  This request was necessitated by the late arrival of the undersigned AUSA in the case, and the need to discuss the matter with agency counsel and familiarize himself with the underlying facts.  The motion was granted.  Doc. No.  15.  Thereafter and with the plaintiff's consent, the undersigned AUSA subsequently requested an additional thirty day extension of the answer deadline, to and including December 1, 2023, to permit the parties to explore settlement before embarking upon arduous and time consuming litigation.  The request was granted.  Doc. No.  18.

In the past thirty days, the parties have exchanged offers and counteroffers without the assistance of a private mediator.  The process has taken longer than initially anticipated due to logistical challenges associated with communicating with the plaintiff while she is incarcerated in Miami, and also because of the defense counsel's travel outside of the country during

Thanksgiving week. We remain nonetheless committed to pursuing settlement and to bridging the divide between the parties within the time we are requesting.

In light of the time and logistical issues involved in discussing settlement with the incarcerated plaintiff and in view of the oncoming holiday season, we respectfully request the Court to extend the answer deadline by a period of forty five days, to and including January 15, 2024. We intend this to be the final request for an extension of this deadline, and we ask it in good faith, and not for the purpose of delay.

## Local Rule 7.1(b) Certification

The parties have conferred concerning this requested extension and are pursuing it jointly.

## Conclusion

For the foregoing reasons, the parties jointly request the Court extend the deadline for responding to the complaint to and including January 15, 2024.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

| | |
|---|---|
| /s/ Lacy R. Harwell, Jr. | /s/ Howard Slomka |
| LACY R. HARWELL, JR. | HOWARD SLOMKA |
| Assistant United States Attorney | Florida Bar No. 18697 |
| Florida Bar No. 714623 | Busch Mills & Slomka, LLP |
| Acting Under Authority Conferred by | 3000 Heritage Walk, Suite 304 |
| 28 U.S.C. § 515 | Milford, GA  30004 |
| Office of the U. S. Attorney for the | Telephone No. (404) 800-4062 |
| Middle District of Florida | Email: howie@slomka.us |
| 400 N. Tampa Street, Suite 3200 | |
| Tampa, Florida  33602 | Counsel for plaintiff |
| Telephone No. (813) 274-6000 | |
| Facsimile No. (813) 274-6200 | |
| Email: Randy.Harwell@usdoj.gov | |

Counsel for defendant

Dated: November 30, 2023