IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ,

*Plaintiff*,

v.                                             Case No.:  4:23cv319-MW/MAF

UNITED STATES OF AMERICA,

*Defendant*.

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, the parties' joint motion to extend the deadline for Defendant to respond to the complaint. ECF No. 19. The motion is **GRANTED**. Defendant must respond to the complaint **on or before Tuesday, January 16, 2024**.[1]

SO ORDERED on November 30, 2023.

                                                    s/Mark E. Walker                    
                                                  **Chief United States District Judge**

---

[1] The parties moved to extend the deadline to Monday, January 15, 2024, which is Martin Luther King, Jr. Day—a federal holiday. ECF No. 19 at 1, 3. This Court grants the parties an additional day.