UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**Bonnie Hernandez**,

    *Plaintiff*,

v.

                                 Case No. 4:23cv319-MW-MAF

**United States of America**,

    *Defendant*.

_____/

### NOTICE OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFF

Undersigned counsel, Ryan C. Tyler, gives notice of appearing as co-counsel for Plaintiff Bonnie Hernandez, and requests that copies of all pleadings and correspondence be served on him at the email addresses designated in the signature block below.

Respectfully submitted,

**UNTIEDT DABDOUB & TYLER, PLLC**
1600 Ponce de Leon Boulevard
10th Floor
Coral Gables, Florida 33134
Telephone: (305) 330-2397
ryan@udtlegal.com
eservice@udtlegal.com

By: /s/ Ryan C. Tyler
      RYAN C. TYLER
      Florida Bar No. 121934