UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**Bonnie Hernandez**,

*Plaintiff,*

v.

Case No. 4:23cv319-MW-MAF

**United States of America**,

*Defendant.*

_____/

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY FILING DEADLINES**

Plaintiff Bonnie Hernandez requests the Court modify the current filing deadlines to permit Plaintiff to file an amended complaint and to allow sufficient time for Defendant to respond to the amended complaint. Undersigned counsel conferred with counsel for Defendant and confirmed that they have no objection to the relief requested here. The grounds for this motion are detailed next.

Plaintiff filed her original complaint on July 24, 2023. [DE-1]. Per Court order, Defendant's response to the complaint is currently due by January 16, 2024. [DE-20]. On January 10, 2024, undersigned counsel requested that they be substituted in as counsel of record for Plaintiff, [DE-21], which the Court granted yesterday, January 11, 2024. [DE-22].

Undersigned counsel intends on amending Plaintiff's complaint. Undersigned counsel conferred with counsel for the Defendant, and the parties agreed that a slight modification of the current deadlines will best conserve the resources of this Court and the parties, rather than seeking an amendment after the United States responds to the original complaint.

To that end, we respectfully request that the Court modify the current deadlines as follows: (a) strike the current deadline for Defendant to respond to the complaint (January 16, 2024); (b) order Plaintiff to file her amended complaint by February 16, 2024; and (c) order Defendant to respond to the amended complaint by March 8, 2024.

WHEREFORE, Plaintiff, with the agreement of Defendant, requests that the Court strike the current deadline for Defendant to respond to the complaint, and grant Plaintiff's request for an extension to file her Amended Complaint to February 16, 2024, with a deadline for the responsive pleading of March 8, 2024.

### Local Rule 7.1(B) Certification

Undersigned counsel certifies that they conferred by telephone with Assistant United States Attorney Lacy R. Harwell, Jr., and that the parties are in agreement with the relief sought in this motion.

Case No. 4:23cv319-MW-MAF

Dated:       January 12, 2024

Respectfully submitted,

| | |
|---|---|
| **UNTIEDT DABDOUB & TYLER, PLLC**<br>1600 Ponce de Leon Boulevard<br>10th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 330-2397<br>ryan@udtlegal.com<br>whitney@udtlegla.com<br>eservice@udtlegal.com<br><br>By: /s/ Whitney M. Untiedt<br>     WHITNEY M. UNTIEDT<br>     Florida Bar No. 15819<br><br>By: /s/ Ryan C. Tyler<br>     RYAN C. TYLER<br>     Florida Bar No. 121934 | **THE JACOB D. FUCHSBERG LAW FIRM, LLP**<br>3 Park Avenue<br>37th Floor<br>New York, New York 10016<br>j.oh@fuchsberg.com<br><br>By: /s/ Jaehyun Oh<br>     JAEHYUN OH<br>     N.Y. Bar No. 5668512<br>     *(Pro Hac Vice Application Forthcoming)* |

3