IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BONNIE HERNANDEZ,**

   *Plaintiff*,

v.                                              Case No.: 4:23cv319-MW/MAF

**UNITED STATES OF AMERICA,**

   *Defendant.*

_____/

## ORDER GRANTING MOTION TO MODIFY FILING DEADLINES

This Court has considered, without hearing, Plaintiff's unopposed motion to modify filing deadlines. ECF No. 24. The motion is **GRANTED**. Plaintiff shall file her amended complaint **on or before Friday, February 16, 2024**. Defendant shall respond to the amended complaint **on or before Friday, March 8, 2024**.

**SO ORDERED** on January 12, 2024.

                                                        *s/Mark E. Walker*
                                                        **Chief United States District Judge**