UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**Bonnie Hernandez**,

*Plaintiff*,

v.

Case No. 4:23cv319-MW-MAF

**United States of America**,

*Defendant*.
_____/

<u>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*
BY JAEHYUN OH, AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING**</u>

Jaehyun Oh, a licensed member of the New York State and Federal Bar, moves under Local Rule 11.1(C) for entry of an order authorizing her to appear *pro hac vice* in this matter as co-counsel of record for Plaintiff Bonnie Hernandez together with Whitney M. Untiedt and Ryan C. Tyler. Undersigned counsel conferred with counsel for Defendant and confirmed that they do not object to the relief requested herein. The grounds for this motion are detailed next.

<u>**MEMORANDUM**</u>

Undersigned counsel, Jaehyun Oh, is a lawyer licensed to practice law in the State of New York. She is a member in good standing of the New York

Case No. 4:23cv319-MW-MAF

Bar and of the U.S. District Court for the Southern District of New York. A copy of her Certificate of Good Standing, dated within the last 30 days, is attached hereto as Exhibit 1.

Undersigned counsel certifies that she successfully completed the online Local Rules tutorial for the Northern District of Florida. The confirmation number provided was FLND17050056141311.

Undersigned counsel also certifies that she is familiar with the CM/ECF e-filing system. She has an active and upgraded PACER account. She requests authorization to receive electronic notices of filing to her designated email address, j.oh@fuchsberg.com.

Undersigned counsel, together with Whitney M. Untiedt and Ryan C. Tyler, have undertaken the representation of Plaintiff Bonnie Hernandez as co-counsel.

WHEREFORE, Jaehyun Oh respectfully requests leave for *pro hac vice* admission in this matter.

### LOCAL RULE 7.1(B) CERTIFICATE OF ATTORNEY CONFERENCE

Undersigned counsel, Jaehyun Oh, certifies that, in compliance with Local Rule 7.1(B), she conferred with counsel for Defendant United States of

Case No. 4:23cv319-MW-MAF

America, Lacy R. Harwell, Jr., via telephone on Thursday, January 4, 2024, and that the parties are in agreement with the relief sought in this motion.

Dated: January 12, 2024

Respectfully submitted,

**THE JACOB D. FUCHSBERG LAW FIRM, LLP**
3 Park Avenue
37th Floor
New York, New York 10016
j.oh@fuchsberg.com

By: /s/ Jaehyun Oh
    JAEHYUN OH*
    N.Y. Bar No. 5668512