# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

      JAEHYUN  OH      , Bar #      5668512

was duly admitted to practice in the Court on

      October 01, 2019

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.       On    January 11, 2024
New York, New York

Ruby J. Krajick       By    s/ V. Adolphe
Clerk of Court               Deputy Clerk