IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BONNIE HERNANDEZ,**

   *Plaintiff*,

**v.**                                                                      Case No.: 4:23cv319-MW/MAF

**UNITED STATES OF AMERICA**

   *Defendant.*

_____/

**<u>ORDER ADMITTING JAEHYUN OH *PRO HAC VICE*</u>**

This Court has considered, without hearing, the motion to admit Jaehyun Oh *pro hac vice*, for Plaintiff. ECF No. 26. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission,[1] Jaehyun Oh is admitted *pro hac vice* as counsel for Plaintiff.

**SO ORDERED on January 16, 2024.**

                                                          s/Mark E. Walker               
                                                          **Chief United States District Judge**

---

[1] Although the motion does not say that Ms. Oh has paid the required fee, the docket text includes the receipt number indicating that the fee has been paid.