IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ,

    Plaintiff,

vs.     Case no. 4:23-civ-319-MW/MAF

UNITED STATES OF AMERICA,

    Defendant.
_____/

## DEFENDANT'S CONSENTED MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Defendant United States of America hereby moves to extend the time to respond to Plaintiff's First Amended Complaint by 60 days, to and including April 30, 2024. The plaintiff consents to this request.

In support thereof, Defendant refers to its memorandum of law below.

### Legal Memorandum

### Procedural Background

1. On July 24, 2023, the plaintiff, Bonnie Hernandez, initiated this action with the filing of her one count complaint against the United States. Doc. 1. Thereafter, the undersigned was appointed counsel for the defendant by the Department of Justice and we moved to extend the deadline for responding to

the initial complaint, to permit counsel to engage with the Bureau of Prisons about the matter. The request was granted. Doc. 12, 13, 15. Thereafter, the response deadline was extended on two more occasions to permit the parties to explore settlement options. Doc. 18, 20. The plaintiff then secured new counsel and filed a First Amended Complaint. Doc. 27, 28.

2.      Under Fed. R. Civ. P. 15(a)(3), "[u]nless the court orders otherwise, any required response an amended pleading must be made with the time remaining to respond to the original pleading or with 14 days after service of the amended pleading, which is later." The deadline for responding to the First Amended Complaint therefore falls on March 1, 2024.

<u>Argument</u>

Federal Rule of Civil Procedure 6(b) is a rule of general application giving discretion to the trial court to enlarge time limits either before or after they have expired. *See Jozwiak v. Stryker Corp.*, 2010 WL 743834, at *1 (M.D. Fla. Feb. 26, 2010); *Kernisant v. City of New York*, 225 F.R.D. 422, 431 (E.D.N.Y. 2005). The Court may grant an enlargement "for good cause … if a request is made before the original time or its extension expires…." Fed. R. Civ. P. 6(b)(1). This request is being made before the expiration of the time to respond and is supported by good cause.

The First Amended Complaint significant expands the plaintiff's claims both legally and factually from the original complaint's narrow scope. Whereas the original complaint asserted only one cause of action (negligence) and alleged 46 paragraphs of facts over 18 pages, the First Amended Complaint has more than tripled in size, now asserting six causes of action through 214 factual paragraphs and 66 pages. The causes of action include intentional torts as well as negligence claims. In order to review the significantly expanded legal and factual claims, and prepare an effective response, the United States respectfully asks the Court to extend the time for responding to the amended pleading to and including April 30, 2024.

## CERTIFICATE OF LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), undersigned counsel has conferred with Plaintiff's counsel concerning this request. The plaintiff consents.

## CERTIFICATE OF LOCAL RULE 7.1(B)

I HEREBY CERTIFY this motion and supporting memorandum contains 491 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

Dated: March 1, 2024    Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ *Lacy R. Harwell, Jr.*
LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar No. 714623
Serving pursuant to
Office of the United States Attorney
For the Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Tel. (813) 274-6000
Fax (813) 274-6200
Randy.Harwell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Ryan Tyler
Ryan@tylerlawfirm.Com

Whitney Untiedt
Whitney@udtlegal.Com

Jaehyun Oh
J.Oh@fuchsberg.Com

/s/ *Lacy R. Harwell, Jr.*
LACY R. HARWELL, JR.