IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BONNIE HERNANDEZ,**

   *Plaintiff*,

v.                                                             Case No.:  4:23cv319-MW/MAF

**UNITED STATES OF AMERICA,**

   *Defendant.*
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND ITS DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

This Court has considered, without hearing, Defendant's unopposed motion to extend its deadline to respond to Plaintiff's complaint. ECF No. 29. The motion is **GRANTED**. Defendant shall respond to Plaintiff's amended complaint **on or before Tuesday, April 30, 2024**.

SO ORDERED on March 1, 2024.

                                        s/Mark E. Walker_____
                                        **Chief United States District Judge**