UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**Bonnie Hernandez**,

   *Plaintiff*,

v.

                                  Case No. 4:23cv319-MW-MAF

**United States of America**,

   *Defendant*.

_____/

## MOTION TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFF

Undersigned counsel, Ryan C. Tyler, moves to withdraw as co-counsel for Plaintiff Bonnie Hernandez pursuant to Local Rule 11.1(H) for the reasons detailed next.

1. Undersigned is currently co-counsel of record for Plaintiff Bonnie Hernandez. [DE-23].

2. Plaintiff Bonnie Hernandez is also represented by Whitney Untiedt, Esquire and Jaehyun Oh, Esquire. [DE-24, DE-25, DE-26].

3. Undersigned is no longer affiliated with the law firm of Untiedt Dabdoub & Tyler, PLLC and, as a result, no longer represents Plaintiff Bonnie Hernandez.

Case No. 4:23cv319-MW-MAF

4. Accordingly, undersigned seeks to withdraw as counsel of record for Plaintiff Bonnie Hernandez. Ms. Hernandez will continue to be represented in this matter by Ms. Untiedt and Ms. Oh, who are highly skilled and capable trial lawyers.

5. Undersigned confirms that Plaintiff Bonnie Hernandez consents to undersigned withdrawing as counsel of record as required by Local Rule 11.1(H)(2).

WHEREFORE, Undersigned counsel, Ryan C. Tyler, respectfully requests that the Court grant this motion and relieve Mr. Tyler of any further duties or responsibilities in this matter.

Dated: March 5, 2024

Respectfully submitted,

**TYLER LAW FIRM**
1801 NE 123rd Street
Suite 314
Miami, Florida 33181
Telephone: (305) 330-5559
ryan@tylerlawfirm.com
eservice@tylerlawfirm.com

By: /s/ Ryan C. Tyler
    RYAN C. TYLER
    Florida Bar No. 121934