IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ,

    *Plaintiff,*

v.                                    Case No.:  4:23cv319-MW/MAF

UNITED STATES OF AMERICA,

    *Defendant.*
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, Ryan C. Tyler's motion to withdraw as counsel for Plaintiff. ECF No. 31. Plaintiff continues to be represented by counsel and that representation will continue uninterrupted. The motion is **GRANTED**. The Clerk shall disconnect Mr. Tyler from CM/ECF in this case.

    **SO ORDERED on March 6, 2024.**

                                                    s/Mark E. Walker_____
                                                  **Chief United States District Judge**