UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**Bonnie Hernandez**,

   *Plaintiff*,

v.

**United States of America**,

   *Defendant*.

_____/

Case No. 4:23cv319-MW-MAF

### NOTICE OF FIRM NAME CHANGE

Undersigned counsel for Plaintiff, Whitney M. Untiedt, hereby gives notice that the law firm Untiedt Dabdoub & Tyler, PLLC, has undergone a name change and is now known as Untiedt Dabdoub, PLLC. Counsel requests that copies of all pleadings and correspondence be served on her at the email addresses designated in the signature block below.

**Dated: April 16, 2024**

Respectfully submitted,

*/s/ Whitney M. Untiedt*
Whitney M. Untiedt
**UNTIEDT DABDOUB**
1600 Ponce de Leon Boulevard
10th Floor
Coral Gables, Florida 33134
Fla. Bar No. 15819
Telephone: (305) 330-2397

Case No. 4:23cv319-MW-MAF

whitney@udlawyers.com

2