UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**Bonnie Hernandez**,

    *Plaintiff*,

v.

    Case No. 4:23cv319-MW-MAF

**United States of America**,

    *Defendant*.
_____/

### PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT

Plaintiff Bonnie Hernandez requests the Court modify the current filing deadlines to permit Plaintiff to file a Second Amended Complaint, in lieu of responding to the Motion to Dismiss the First Amended Complaint. Undersigned counsel conferred with counsel for Defendant and confirmed that they have no objection to the relief requested here. The grounds for this motion are detailed next.

Plaintiff filed her original Complaint on July 24, 2023. [DE-1]. Per the Court's January 12, 2024, order [DE-25], Plaintiff filed her First Amended Complaint on February 16, 2024, and Defendant filed its Motion to Dismiss [DE-32] on April 26, 2024.

Case No. 4:23cv319-MW-MAF

Plaintiff now seeks leave of the Court to file a Second Amended Complaint to address certain issues and cure potential deficiencies raised by Defendant's Motion to Dismiss. Undersigned counsel conferred with counsel for the Defendant, and the parties agreed that allowing Plaintiff to amend the operative complaint at this time will best conserve the resources of this Court and the parties, rather than seeking to amend after the Court hears argument on the pending Motion to Dismiss.

WHEREFORE, Plaintiff, with the agreement of Defendant, requests that the Court strike the current deadline for Plaintiff to respond to the Motion to Dismiss (May 10, 2024), and grant Plaintiff's request to file her Second Amended Complaint by May 10, 2024, with a deadline for Defendants' responsive pleading of May 31, 2024.

## Local Rule 7.1(B) Certification

Undersigned counsel certifies that they conferred with Assistant United States Attorney Lacy R. Harwell, Jr., and that the parties are in agreement with the relief sought in this motion.

Dated: May 3, 2024

Case No. 4:23cv319-MW-MAF

Respectfully submitted,

**UNTIEDT DABDOUB, PLLC**
1600 Ponce de Leon Boulevard
10th Floor
Coral Gables, Florida 33134
Telephone: (305) 330-2397
whitney@udlawyers.com
eservice@udlawyers.com

By: /s/ Whitney M. Untiedt
      WHITNEY M. UNTIEDT
      Florida Bar No. 15819

**THE JACOB D. FUCHSBERG LAW FIRM, LLP**
3 Park Avenue
37th Floor
New York, New York 10016
j.oh@fuchsberg.com

By: /s/ Jaehyun Oh
      JAEHYUN OH
      N.Y. Bar No. 5668512
      *(Pro Hac Vice)*

3