# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BONNIE HERNANDEZ,**

    *Plaintiff,*

v.                              Case No.:  4:23cv319-MW/MAF
                                                   4:24cv478-MW/MAF
                                                   4:25cv186-MW/MAF

**UNITED STATES OF AMERICA,**         4:25cv193-MW/MAF
                                                   4:25cv198-MW/MAF

    *Defendant.*                             4:25cv201-MW/MAF
                                                   4:25cv204-MW/MAF

_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE AND FOR CONSOLIDATED SCHEDULING ORDER

    This Court has considered, without hearing, Defendant's unopposed motion to consolidate these seven pending cases for discovery and trial based on common questions of law or fact and numerous overlapping witnesses. ECF No. 65. The unopposed motion is **GRANTED**. These cases are consolidated under lead Case Number 4:23cv319-MW/MAF for all purposes. All filings in these consolidated cases must be made in the lead case, Case No.: 4:23cv319.

    The parties in these consolidated cases must confer and file a proposed consolidated schedule to establish uniform deadlines for these cases. The parties' proposed consolidated schedule must be filed in the lead case, Case No.: 4:23cv319,

on or before **Monday, July 21, 2025**.

**SO ORDERED on July 14, 2025.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**