UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **BONNIE HERNANDEZ, et al.,**  *Plaintiff,*  v.  **UNITED STATES OF AMERICA,**  *Defendant.* | Case No.  4:23cv319-MW/MAF  4:24cv478-MW/MAF  4:25cv186-MW/MAF  4:25cv193-MW/MAF  4:25cv198-MW/MAF  4:25cv201-MW/MAF  4:25cv204-MW/MAF |

## PROPOSED CONSOLIDATED SCHEDULE

The parties, pursuant to the Court's July 14, 2025 Order Granting Unopposed Motion to Consolidate and for Consolidated Scheduling Order (ECF 66) submit their proposed consolidated schedule to establish uniform deadlines for the consolidated cases.

| Event | Uniform Deadline |
|---|---|
| Initial Rule 26(f) conference for 4:25cv186, 4:25cv193, 4:25cv198, 4:25cv201, 4:25cv204 (the "2025 Cases") | August 15, 2025 |
| Initial Rule 26 disclosures in the 2025 cases | August 28, 2025 |
| Plaintiff's Rule 26(a)(2) expert disclosures | December 19, 2025 |
| Defendant's Rule 26(a)(2) disclosures | February 19, 2026 |
| Rebuttal Rule 26(a)(2) expert disclosures | March 21, 2026 |

| | |
|---|---|
| First mediation conference deadline | March 23, 2026 |
| Discovery deadline | April 20, 2026 |
| Mediation completion deadline | May 11, 2026 |
| Dispositive and Daubert motion deadline | May 20, 2026 |
| Motions in limine and all other motions deadline | No later than 45 days prior to the trial date with replies and responses governed by the applicable Fed. R. Civ. P. and any applicable local rules |
| Trial month | September 2026 |

Dated: July 18, 2025

Respectfully submitted,

GREGORY KEHOE
United States Attorney

/s/ Richard L. Lasseter
LACY R. HARWELL, JR.
Florida Bar No. 714623
RICHARD L. LASSETER
Assistant United States Attorneys
Florida Bar No. 0060365
400 N. Tampa St., Suite 3200 Tampa, Florida 33602 Tel. (813) 274-6000 Fax (813) 274-6200
Randy.Harwell@usdoj.gov
Richard.Lasseter@usdoj.gov
*Acting Under Authority Conferred by 28 U.S.C. §515*

PETER FISHER
Florida Bar No. 413010
ANDREW J. GROGAN
Florida Bar No. 85932
Assistant United States Attorneys
111 North Adams Street, 4th Floor

Tallahassee, FL  32301
(850) 942-8430
Peter.Fisher@usdoj.gov
Andrew.Grogan@usdoj.gov

*/s/ Jaehyun Oh\**
JAEHYUN OH
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, NY 10016
New York Bar No. 5668512
Tel: (212) 869-3500 Ext. 245
j.oh@fuchsberg.com
*Attorney for Plaintiffs in 4:23cv319, 4:25cv186, 4:25cv193, 4:25cv198, 4:25cv201, 4:25cv204*
*(\*Pro Hac Vice)*

*/s/ Whitney Marie Untiedt*
WHITNEY MARIE UNTIEDT
Untiedt Dabdoub, PLLC
1600 Ponce De Leon Blvd., 10th Floor
Coral Gables, FL 33134
Florida Bar No. 15819
Tel: (305) 330-2397
whitney@udlawyers.com
*Attorney for Plaintiffs in 4:23cv319, 4:25cv186, 4:25cv193, 4:25cv198, 4:25cv201, 4:25cv204*

*/s/ James V. Cook*
LAW OFFICE OF JAMES COOK
James V. Cook (FBN 0966843)
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com
*Attorneys for Plaintiff in 4:24cv478*

>*/s/ James M. Slater*
>SLATER LEGAL PLLC
>James M. Slater (FBN 111779)
>2296 Henderson Mill Rd NE #116
>Atlanta, Georgia 30345
>Tel. (305) 523-9023
>james@slater.legal
>*Attorneys for Plaintiff in 4:24cv478*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

>Whitney Untiedt
>Untiedt Daboub
>1600 Ponce De Leon Blvd, 10th Floor
>Coral Gables, FL 33134
>Email: Whitney@udlawyers.com
>
>Jaehyun Oh
>The Jacob D Fuchsberg Law Firm
>3 Park Avenue, 37th Floor
>New York, NY 10016
>Email: J.Oh@fuchsberg.com
>
>James V. Cook
>James V Cook PA
>314 W Jefferson Street, P.O. Box 10021
>Tallahassee, FL 32301-1608
>Email: cookjv@gmail.com
>
>James M. Slater
>Slater Legal PLLC
>2296 Henderson Mill Road NE, Suite 116

4

Atlanta, GA 30345
Email: james@slater.legal



*/s/ Richard L. Lasseter*
RICHARD L. LASSETER