IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ,

    *Plaintiff,*

v.                                  Case No.:  4:23cv319-MW/MAF
                                                    4:24cv478-MW/MAF
                                                    4:25cv186-MW/MAF

UNITED STATES OF AMERICA,         4:25cv193-MW/MAF
                                                    4:25cv198-MW/MAF

    *Defendant.*                          4:25cv201-MW/MAF
                                                    4:25cv204-MW/MAF

_____/

## ORDER FOR CLARIFICATION

This Court has considered, without hearing, the parties' proposed consolidated schedule. ECF No. 67. The parties propose a uniform deadline for their initial Rule 26 conference with respect to the "2025 cases," while also proposing uniform deadlines for discovery, mediation, etc. **On or before Monday, July 21, 2025,** the parties must provide clarification as to whether they intend to confer pursuant to Rule 26 and file joint reports proposing deadlines that deviate in any respect from the discovery, mediation, and summary judgment deadlines they have already agreed to in their proposed consolidated schedule.

    **SO ORDERED on July 18, 2025.**

                                           **s/Mark E. Walker                **
                                           **United States District Judge**