UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ, et al.,

   *Plaintiff*,

v.

UNITED STATES OF AMERICA,

   *Defendant*.

Case No.  4:23cv319-MW/MAF
4:24cv478-MW/MAF
4:25cv186-MW/MAF
4:25cv193-MW/MAF
4:25cv198-MW/MAF
4:25cv201-MW/MAF
4:25cv204-MW/MAF

## PARTIES' RESPONSE TO JULY 18, 2025 ORDERS SEEKING CLARIFICATION

The parties will conduct a Rule 26(f) conference on or before August 15, 2025 and during that conference will address all matters required by Rule 26(f) for 4:25cv186, 4:25cv193, 4:25cv198, 4:25cv201, and 4:25cv204.  The parties anticipate submitting, pursuant to Rule 26(f)(2), a written report within 14 days of that conference outlining the plan for the consolidated cases, including the matters set forth in Rule 26(f)(3)(A)-(F).  All dates in that written report will be consistent with the Proposed Consolidated Schedule filed on July 18, 2025.  It is the parties' intent that the deadlines in the Proposed Consolidated Schedule govern each of the seven consolidated cases.

Dated: July 21, 2025

                Respectfully submitted,

                GREGORY KEHOE
                United States Attorney

                */s/ Richard L. Lasseter*
                RICHARD L. LASSETER
                Assistant United States Attorneys
                Florida Bar No. 0060365
                300 N. Hogan Street, Suite 700
                Jacksonville, FL 32202
                Tel. (904) 301-6258
                Fax (904) 301-6240
                Richard.Lasseter@usdoj.gov
                *Acting Under Authority Conferred by*
                *28 U.S.C. §515*

                PETER FISHER
                Florida Bar No. 413010
                ANDREW J. GROGAN
                Florida Bar No. 85932
                Assistant United States Attorneys
                111 North Adams Street, 4th Floor
                Tallahassee, FL  32301
                (850) 942-8430
                Peter.Fisher@usdoj.gov
                Andrew.Grogan@usdoj.gov

                */s/ Jaehyun Oh\**
                JAEHYUN OH
                The Jacob D. Fuchsberg Law Firm, LLP
                3 Park Avenue, 37th Floor
                New York, NY 10016
                New York Bar No. 5668512
                Tel: (212) 869-3500 Ext. 245
                j.oh@fuchsberg.com
                *Attorney for Plaintiffs in 4:23cv319,*
                *4:25cv186, 4:25cv193, 4:25cv198,*

4:25cv201, 4:25cv204
(*Pro Hac Vice)

/s/ Whitney Marie Untiedt
WHITNEY MARIE UNTIEDT
Untiedt Dabdoub, PLLC
1600 Ponce De Leon Blvd., 10th Floor
Coral Gables, FL 33134
Florida Bar No. 15819
Tel: (305) 330-2397
whitney@udlawyers.com
*Attorney for Plaintiffs in 4:23cv319, 4:25cv186, 4:25cv193, 4:25cv198, 4:25cv201, 4:25cv204*

/s/ James V. Cook
LAW OFFICE OF JAMES COOK
James V. Cook (FBN 0966843)
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com
*Attorneys for Plaintiff in 4:24cv478*


/s/ James M. Slater
SLATER LEGAL PLLC
James M. Slater (FBN 111779)
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (305) 523-9023
james@slater.legal
*Attorneys for Plaintiff in 4:24cv478*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Whitney Untiedt
Untiedt Daboub
1600 Ponce De Leon Blvd, 10th Floor
Coral Gables, FL 33134
Email: Whitney@udlawyers.com

Jaehyun Oh
The Jacob D Fuchsberg Law Firm
3 Park Avenue, 37th Floor
New York, NY 10016
Email: J.Oh@fuchsberg.com

James V. Cook
James V Cook PA
314 W Jefferson Street, P.O. Box 10021
Tallahassee, FL 32301-1608
Email: cookjv@gmail.com

James M. Slater
Slater Legal PLLC
2296 Henderson Mill Road NE, Suite 116
Atlanta, GA 30345
Email: james@slater.legal

*/s/ Richard L. Lasseter*
RICHARD L. LASSETER