# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BONNIE HERNANDEZ,**

*Plaintiff,*

v.  Case No.: 4:23cv319-MW/MAF
    4:24cv478-MW/MAF
    4:25cv186-MW/MAF
**UNITED STATES OF AMERICA,**  4:25cv193-MW/MAF
    4:25cv198-MW/MAF
*Defendant.*  4:25cv201-MW/MAF
    4:25cv204-MW/MAF

_____/

## ORDER ACKNOWLEDGING PROPOSED SCHEDULE

This Order acknowledges the parties' proposed consolidated schedule, ECF No. 67, and the parties' clarification that they intend to adopt the proposed deadlines in their forthcoming joint Rule 26 reports, ECF No. 69. Accordingly, this Court will enter a consolidated scheduling and mediation order once the parties file their joint Rule 26 reports on or before fourteen days after the parties hold their initial Rule 26 conference on August 15, 2025.

**SO ORDERED on July 21, 2025.**

s/Mark E. Walker
**United States District Judge**