UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ, et al.,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA,

    *Defendant*.

Case No. **4:23cv319-MW/MAF**
4:24cv478-MW/MAF
4:25cv186-MW/MAF
4:25cv193-MW/MAF
4:25cv198-MW/MAF
4:25cv201-MW/MAF
4:25cv204-MW/MAF

**JOINT STATUS REPORT**

Counsel for the parties jointly submit this status report in *Hernandez v. United States of America,* case number 4:23cv319, pursuant to paragraph 1(b) of the Court's March 26, 2025 Amended Initial Scheduling Order (ECF 54), which was incorporated into paragraph 3 of the Court's May 13, 2025, Scheduling and Mediation Order (ECF 58).  Since the last status report:

1. The parties' last joint status report was filed on June 27, 2025 (ECF 62).

2.  A Motion to Consolidate was filed by Defendant resulting in an order consolidating the above-referenced cases.  The parties have conferred and submitted a proposed consolidated schedule.

3.  Defendant supplemented its response to the Plaintiff's First Request to Produce.

4.  The parties have agreed upon a mediator, Brett Lucas, Esq., and are actively discussing setting mediation in 4:23cv319.

Dated: July 28, 2025.

Respectfully submitted,

S/ *Jaehyun Oh\**
**JAEHYUN OH**
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, NY 10016
New York Bar No. 5668512
Tel: (212) 869-3500 Ext. 245
j.oh@fuchsberg.com
*Attorney for Plaintiff*
*(\*Pro Hac Vice)*

S/ *Whitney Marie Untiedt*
**WHITNEY MARIE UNTIEDT**
Untiedt Dabdoub, PLLC
1600 Ponce De Leon Blvd., 10th Floor
Coral Gables, FL 33134
Florida Bar No. 15819
Tel: (305) 330-2397

whitney@udlawyers.com
*Attorney for Plaintiff*

GREGORY W. KEHOE
United States Attorney

*/s/Richard L. Lasseter*
RICHARD L. LASSETER
Assistant United States Attorney
Florida Bar No. 60365
300 N. Hogan Street, Ste. 700
Jacksonville, FL 32202
904-301-6258
richard.lasseter@usdoj.gov
*Attorneys for Defendant*
*Acting Under Authority Conferred by*
*28 U.S.C. §515*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 28, 2025, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system,

which will send notice of the filing to the following CM/ECF participants:

Whitney Untiedt
Untiedt Daboub
1600 Ponce De Leon Blvd, 10th Floor
Coral Gables, FL 33134
Email: Whitney@udlawyers.com

Jaehyun Oh
The Jacob D Fuchsberg Law Firm

3 Park Avenue, 37th Floor
New York, NY 10016
Email: J.Oh@fuchsberg.com

*/s/ Richard L. Lasseter*
RICHARD L. LASSETER