UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ, et al.,

*Plaintiffs,*

v.

UNITED STATES OF AMERICA,

*Defendant.*

Case No.   4:23cv319-MW/MAF
4:24cv478-MW/MAF
4:25cv186-MW/MAF
4:25cv193-MW/MAF
4:25cv198-MW/MAF
4:25cv201-MW/MAF
4:25cv204-MW/MAF

## NOTICE OF APPEARANCE

The undersigned Assistant U.S. Attorney respectfully gives notice he will serve as additional counsel for the United States in the above-entitled matters, consolidated into 4:23cv319.

Respectfully submitted,

GREGORY KEHOE
United States Attorney

ANDREW J. GROGAN
Florida Bar No. 85932
Assistant United States Attorney
111 North Adams Street, 4th Floor
Tallahassee, FL  32301
(850) 942-8430
Andrew.Grogan@usdoj.gov
*Acting Under 28 U.S.C. §515*