# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BONNIE HERNANDEZ, et al.,**

*Plaintiff*,

v.

**UNITED STATES OF AMERICA,**

*Defendant*.

Case No. 4:23cv319-MW/MAF
4:24cv478-MW/MAF
4:25cv193-MW/MAF
4:25cv193-MW/MAF
4:25cv198-MW/MAF
**4:25cv201-MW/MAF**
4:25cv204-MW/MAF

## MANDATORY INITIAL DISCLOSURES FOR 4:25-CV-201

COMES NOW the United States of America, through the undersigned Assistant United States Attorney, and discloses[1] the following information pursuant to Fed.R.Civ.P. 26(a)(1)(A) in *Sonia Curbelo v. United States*, 4:25-cv-201:

*(i)    Individuals likely to have information*

    **a) Lenton J. Hatten**
    6521 Saylers Creek Road
    Tallahassee, FL 32309
    Hatten presumably has knowledge concerning the allegations of Plaintiff.

    **b) Antoine Hand**
    Witness may be contacted through the United States Attorney's Office. Hand has knowledge concerning the allegations of Plaintiff.

---

[1] Due to issues accessing the CM/ECF system on August 28, 2025, this disclosure was sent via email to Plaintiffs' counsel on August 28, 2025 and is being filed with the court on August 29, 2025.

  **c) Records Custodian**
Bureau of Prisons. Witness may be contacted through the United States Attorney's Office. Witness serves as Records Custodian of records generated by BOP and can authenticate such records.

  Additional witnesses Defendant may use to support its defenses may be identified during the course of pre-trial discovery and investigation. Defendant reserves the right to call any individual named in the Complaint, including without limitation Plaintiffs and any of the former or current BOP employees identified in the Complaint by name and as having knowledge of the facts alleged.

*(ii)* *Description/location of documents*

The following documents are within the United States' possession, custody, and control and non-privileged portions will be produced upon request:

a) Sonia Curbelo's BOP inmate central file.
b) Sonia Curbelo's BOP medical and mental health records.
c) Sonia Curbelo's SF-95 dated April 3, 2023.
d) BOP letter denying Sonia Curbelo's administrative claim.
e) Transcript of inmate statement (name withheld due to confidentiality) dated August 2, 2023. Defendant reserves the right to condition the production of this statement upon entry of a confidentiality agreement restricting who may review the document.
f) PREA posters.
g) US Department of Justice, Federal Bureau of Prisons, Sexually Abusive Behavior Prevention and Intervention, An Overview for Offenders (July 2018).

Additional documents may be identified during the course of pre-trial discovery and Defendant's investigation of Plaintiffs' claims.

*(iii)* *Computation of damages*

Not applicable to the United States as Defendant.

*(iv)* *Insurance agreements*

None.

Dated: August 28, 2025.

                GREGORY W. KEHOE
                United States Attorney

By:  */s/ Richard L. Lasseter*
      RICHARD L. LASSETER
      Assistant United States Attorney
      Florida Bar No. 0060365
      *Acting Under Authority Conferred by*
      *28 U.S.C. §515*
      300 N. Hogan Street, Suite 300
      Jacksonville, FL 32202
      Tel. (904) 301-6258
      Fax (904) 301-6240
      Richard.Lasseter@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Whitney Untiedt
whitney@udlawyers.com

Jaehyun Oh
J.Oh@fuchsberg.Com

                          */s/ Richard L. Lasseter*
                          RICHARD L. LASSETER