UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **BONNIE HERNANDEZ, et al.,** *Plaintiff,* v. **UNITED STATES OF AMERICA,** *Defendant.* | Case No.  4:23cv319-MW/MAF<br>4:24cv478-MW/MAF<br>**4:25cv186-MW/MAF**<br>4:25cv193-MW/MAF<br>4:25cv198-MW/MAF<br>4:25cv201-MW/MAF<br>4:25cv204-MW/MAF |

## MANDATORY INITIAL DISCLOSURES FOR 4:25-CV-186

COMES NOW the United States of America, through the undersigned Assistant United States Attorneys, and discloses[1] the following information pursuant to Fed.R.Civ.P. 26(a)(1)(A) in *Ashley Dover, et al. v. United States*, 4:25-cv-186:

    **(i)**     *Individuals likely to have information*

        **a) Lenton J. Hatten**
        6521 Saylers Creek Road
        Tallahassee, FL 32309
        Hatten presumably has knowledge concerning the allegations of Plaintiffs Ashley Dover, Katoria Greene, and Alonia Perkins.

        **b) Records Custodian**

---

[1] Due to issues accessing the CM/ECF system on August 28, 2025, this disclosure was sent via email to Plaintiffs' counsel on August 28, 2025 and is being filed with the court on August 29, 2025.

Bureau of Prisons. Witness may be contacted through the United States Attorney's Office. Witness serves as Records Custodian of records generated by BOP and can authenticate such records.

Additional witnesses Defendant may use to support its defenses may be identified during the course of pre-trial discovery and investigation. Defendant reserves the right to call any individual named in the Complaint, including without limitation Plaintiffs and any of the former or current BOP employees identified in the Complaint by name and as having knowledge of the facts alleged.

### (ii) Description/location of documents

The following documents are within the United States' possession, custody, and control and non-privileged portions will be produced upon request:

a) Ashley Dover's BOP central file.
b) Katoria Greene's BOP central file.
c) Alonia Perkins' BOP central file.
d) Ashley Dover's BOP medical and mental health records.
e) Katoria Greene's BOP medical and mental health records.
f) Alonia Perkins' BOP medical and mental health records.
g) Ashley Dover's SF-95 dated May 30, 2023.
h) Katoria Greene's SF-95 dated February 21, 2023.
i) Alonia Perkins' SF-95 dated April 12, 2023.
j) BOP letter denying Ashley Dover's administrative claim.
k) BOP letter dated denying Katoria Greene's administrative claim.
l) BOP letter denying Alonia Perkins' administrative claim.
m) Transcript of Katoria Greene's statement dated October 16, 2023. Defendant reserves the right to condition the production of this statement upon entry of a confidentiality agreement restricting who may review the document.
n) Transcript of inmate statement (name withheld due to confidentiality) dated August 2, 2023. Defendant reserves the

right to condition the production of this statement upon entry of a confidentiality agreement restricting who may review the document.
o) PREA posters.
p) US Department of Justice, Federal Bureau of Prisons, Sexually Abusive Behavior Prevention and Intervention, An Overview for Offenders (July 2018).

Additional documents may be identified during the course of pre-trial discovery and Defendant's investigation of Plaintiffs' claims.

**(iii) Computation of damages**

Not applicable to the United States as Defendant.

**(iv) Insurance agreements**

None.

Dated: August 28, 2025.

        GREGORY W. KEHOE
        United States Attorney

    By: */s/ Richard L. Lasseter*
       RICHARD L. LASSETER
       Assistant United States Attorney
       Florida Bar No. 0060365
       *Acting Under Authority Conferred by 28 U.S.C. §515*
       300 N. Hogan Street, Suite 300
       Jacksonville, FL 32202
       Tel. (904) 301-6258
       Fax (904) 301-6240
       Richard.Lasseter@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Whitney Untiedt
whitney@udlawyers.com

Jaehyun Oh
J.Oh@fuchsberg.Com

                                   */s/ Richard L. Lasseter*
                                   RICHARD L. LASSETER