IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KISHA SINGLETARY,

   Plaintiff,

v.

UNITED STATES OF AMERICA,

   Defendant.

Lead Case No.
4:23cv319-MW/MAF

Trailing Case No.
4:24cv478-MW/MAF

## SEVENTH JOINT REPORT REGARDING DISCOVERY

In accordance with the Court's Initial Scheduling Order (Doc. 10 at §1(b)) in the matter of *Kisha Singletary v. United States*, Trailing Case No. 4:24-cv-478-MW/MAF, the parties provide the Court with the following status updates regarding written discovery:

   1.    On March 19, 2025, Plaintiff served requests for production, admissions, and interrogatories on Defendant.

   2.    On March 24, 2025, Defendant served its first discovery request, which included requests for production and admission, and interrogatories.

   3.    The parties have responded to these initial discovery requests and have produced records. The parties continue to confer on matters involving production

and supplementation of responses.

Dated: September 19, 2025

                                                                 Respectfully submitted,

| | |
|---|---|
| GREGORY KEHOE<br>United States Attorney<br><br>*/s/Richard L. Lasseter*<br>RICHARD L. LASSETER<br>Assistant United States Attorneys<br>Florida Bar No. 0060365<br>400 N. Tampa St., Suite 320<br>Tampa, Florida 33602 Tel.<br>(813) 274-6000 Fax<br>(813) 274-6200<br>Richard.Lasseter@usdoj.gov<br><br>*Attorneys for Defendant* | */s/ James V. Cook*<br>LAW OFFICE OF JAMES COOK<br>James V. Cook (FBN 0966843)<br>314 W. Jefferson Street<br>Tallahassee, Florida 32301<br>Tel. (850) 222-8080<br>Fax (850) 561-0836<br>cookjv@gmail.com<br><br>*/s/ James M. Slater*<br>SLATER LEGAL PLLC<br>James M. Slater (FBN 111779)<br>2296 Henderson Mill Rd NE #116<br>Atlanta, Georgia 30345<br>Tel. (305) 523-9023<br>james@slater.legal<br><br>*Attorneys for Plaintiff* |