UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ, et al.,

*Plaintiff*,

v.

UNITED STATES OF AMERICA,

*Defendant*.

Case No.  4:23cv319-MW/MAF
4:24cv478-MW/MAF
4:25cv186-MW/MAF
4:25cv193-MW/MAF
4:25cv198-MW/MAF
4:25cv201-MW/MAF
4:25cv204-MW/MAF

**JOINT STATUS REPORT FOR CONSOLIDATED CASES**

Counsel for the parties jointly submit this status report in *Hernandez v. United States of America,* case number 4:23cv319, and the consolidated cases filed in 2025 ("2025 Cases"), pursuant to paragraph 1(b) of the Court's March 26, 2025 Amended Initial Scheduling Order (ECF 54), which was incorporated into paragraph 3 of the Court's May 13, 2025, Scheduling and Mediation Order (ECF 58), and paragraph viii of the parties' August 19, 2025, Joint Status Report on the 2025 Cases (ECF 79). Since the last status report dated August 28, 2025 (ECF 82):

1. Parties exchanged initial disclosures on August 28, 2025.

2. Parties anticipate exchanging discovery requests in the coming weeks. Parties engaged in a good-faith discussion regarding how to tailor the discovery requests given the number of Plaintiffs involved and the volume of discovery produced to date in the lead case.

Dated: September 29, 2025.

    Respectfully submitted,

    S/ *Jaehyun Oh\**
    **JAEHYUN OH**
    The Jacob D. Fuchsberg Law Firm, LLP
    3 Park Avenue, 37th Floor
    New York, NY 10016
    New York Bar No. 5668512
    Tel: (212) 869-3500 Ext. 245
    j.oh@fuchsberg.com
    *Attorney for Plaintiff*
    *(\*Pro Hac Vice)*

    S/ *Whitney Marie Untiedt*
    **WHITNEY MARIE UNTIEDT**
    Untiedt Dabdoub, PLLC
    1600 Ponce De Leon Blvd., 10th Floor
    Coral Gables, FL 33134
    Florida Bar No. 15819
    Tel: (305) 330-2397
    whitney@udlawyers.com
    *Attorney for Plaintiff*

    GREGORY W. KEHOE
    United States Attorney

By: <u>*/s/ Richard L. Lasseter*</u>
LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar No. 714623
RICHARD L. LASSETER
Assistant United States Attorney
Florida Bar No. 0060365
Serving pursuant to
Office of the United States Attorney
For the Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Tel. (813) 274-6000
Fax (813) 274-6200
Randy.Harwell@usdoj.gov
Richard.Lasseter@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Richard L. Lasseter
Richard.Lasseter@usdoj.gov

Lacy R. Harwell, Jr.
Randy.Harwell@usdoj.gov

                                               */s/ Jaehyun Oh*
                                               Jaehyun Oh