UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

BONNIE HERNANDEZ, et al.,

*Plaintiff,*

v.

UNITED STATES OF AMERICA,

*Defendant.*

Case No.  4:23cv319-MW/MAF
**4:24cv478-MW/MAF**
4:25cv186-MW/MAF
4:25cv193-MW/MAF
4:25cv198-MW/MAF
4:25cv201-MW/MAF
4:25cv204-MW/MAF

## JOINT MOTION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel move under Local Rule 7.1(G)(3) for entry of an order authorizing Whitney M. Untiedt and Jaehyun Oh to substitute in for James V. Cook and James M. Slater as counsel of record for Plaintiff Kisha Singletary in consolidated case number 4:24cv478-MW/MAF, relieving Mr. Cook and Mr. Slater. Upon entry of an order granting this motion, Whitney M. Untiedt and Jaehyun Oh will be counsel of record for Plaintiff Kisha Singletary, and James V. Cook and James M. Slater will be relieved from further responsibility in this case.

*(This space intentionally left blank.)*

Respectfully submitted,

| | |
|---|---|
| **UNTIEDT DABDOUB, PLLC**<br>1600 Ponce de Leon Boulevard<br>10th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 330-2397<br>whitney@udlawyers.com<br>eservice@udlawyers.com<br><br>By: /s/ Whitney M. Untiedt<br>　　WHITNEY M. UNTIEDT<br>　　Florida Bar No. 15819 | **THE JACOB D. FUCHSBERG LAW FIRM, LLP**<br>3 Park Avenue<br>37th Floor<br>New York, New York 10016<br>Telephone: (212) 869-3500 Ext. 245<br>j.oh@fuchsberg.com<br><br>By: /s/ Jaehyun Oh<br>　　JAEHYUN OH<br>　　N.Y. Bar No. 5668512<br>　　*(\*Pro Hac Vice)* |
| **LAW OFFICE OF JAMES COOK**<br>314 West Jefferson Street<br>Tallahassee, Florida 322301<br>Telephone: (850) 222-8080<br>cookjv@gmail.com<br><br>By: /s/ James V. Cook<br>　　JAMES V. COOK<br>　　Florida Bar No. 0966843 | **SLATER LEGAL PLLC**<br>2296 Henderson Mill Road, NE<br>No. 116<br>Atlanta, Georgia 30345<br>Telephone: (305) 523-9023<br>james@slater.legal<br><br>By: /s/ James M. Slater<br>　　JAMES M. SLATER<br>　　Florida Bar No. 111779 |

*(This space intentionally left blank.)*

3

## CERTIFICATE OF ATTORNEY CONFERENCE

Undersigned counsel, Jaehyun Oh, certifies that, in compliance with Local Rule 7.1(B), she conferred with counsel for Defendant United States of America, Richard Lasseter, by electronic mail on Wednesday, October 1, 2025, and Mr. Lasseter confirmed that he has no objection to the relief sought here.

By: /s/ Jaehyun Oh
      JAEHYUN OH
      *(\*Pro Hac Vice)*