# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BONNIE HERNANDEZ,**

    *Plaintiff,*

v.                                                   Case No.:  4:23cv319-MW/MAF
                                                                              4:24cv478-MW/MAF
                                                                              4:25cv186-MW/MAF

**UNITED STATES OF AMERICA,**           4:25cv193-MW/MAF
                                                                              4:25cv198-MW/MAF
    *Defendant.*                                          4:25cv201-MW/MAF
                                                                              4:25cv204-MW/MAF

_____/

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

This Court has considered, without hearing, Plaintiff's motion for substitution of counsel, ECF No. 95. The motion is **GRANTED**. Whitney M. Untiedt and Jaehyun Oh are substituted as counsel of record for Plaintiff Kisha Singletary in Case No.: 4:24cv478-MW/MAF in place of James V. Cook and James M. Slater. The Clerk shall disconnect Mr. Cook and Mr. Slater from CM/ECF in this case.

    **SO ORDERED on October 2, 2025.**

                                                                  **s/Mark E. Walker**
                                                                  **United States District Judge**