UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE HERNANDEZ, et al.,

    *Plaintiffs*,

v.

UNITED STATES OF AMERICA,

    *Defendant*.

Case No. 4:23cv319-MW/MAF
4:24cv478-MW/MAF
4:25cv186-MW/MAF
4:25cv193-MW/MAF
4:25cv198-MW/MAF
4:25cv201-MW/MAF
4:25cv204-MW/MAF

**JOINT STATUS REPORT FOR CONSOLIDATED CASES**

Counsel for the parties jointly submit this status report in *Hernandez v. United States of America,* case number 4:23cv319, and the consolidated cases (collectively, "the Cases"), pursuant to paragraph 1(b) of the Court's March 26, 2025, Amended Initial Scheduling Order (ECF 54), which was incorporated into paragraph 3 of the Court's May 13, 2025, Scheduling and Mediation Order (ECF 58), and paragraph viii of the parties' August 19, 2025, Joint Status Report of the Planning Meeting and Rule 26(f) Conference (ECF 79). Since the last status report dated December 23, 2025 (ECF 104):

1. Parties have continued to exchange written discovery responses. Parties anticipate exchanging additional responses and materials by January 30, 2026.

2. Parties will coordinate the remaining discovery after January 30, 2026.

Dated: January 29, 2026.

                        Respectfully submitted,

                        S/ *Jaehyun Oh\**
                        **JAEHYUN OH**
                        The Jacob D. Fuchsberg Law Firm, LLP
                        3 Park Avenue, 37th Floor
                        New York, NY 10016
                        New York Bar No. 5668512
                        Tel: (212) 869-3500 Ext. 245
                        j.oh@fuchsberg.com
                        *Attorney for Plaintiff*
                        *(\*Pro Hac Vice)*

                        S/ *Whitney Marie Untiedt*
                        **WHITNEY MARIE UNTIEDT**
                        Untiedt Dabdoub, PLLC
                        1600 Ponce De Leon Blvd., 10th Floor
                        Coral Gables, FL 33134
                        Florida Bar No. 15819
                        Tel: (305) 330-2397
                        whitney@udlawyers.com
                        *Attorney for Plaintiff*

                        GREGORY W. KEHOE

       United States Attorney

By:  */s/ Richard L. Lasseter*
   LACY R. HARWELL, JR.
   Assistant United States Attorney
   Florida Bar No. 714623
   RICHARD L. LASSETER
   Assistant United States Attorney
   Florida Bar No. 0060365
   Serving pursuant to
   Office of the United States Attorney
   For the Middle District of Florida
   400 N. Tampa St., Suite 3200
   Tampa, Florida 33602
   Tel. (813) 274-6000
   Fax (813) 274-6200
   Randy.Harwell@usdoj.gov
   Richard.Lasseter@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Richard L. Lasseter
Richard.Lasseter@usdoj.gov

Lacy R. Harwell, Jr.
Randy.Harwell@usdoj.gov

*/s/ Jaehyun Oh*
Jaehyun Oh