**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| **BONNIE HERNANDEZ, et al.,** | |
| *Plaintiffs,* | **Case No.  4:23cv319-MW/MAF** |
| | **4:24cv478-MW/MAF** |
| **v.** | **4:25cv186-MW/MAF** |
| | **4:25cv193-MW/MAF** |
| **UNITED STATES OF AMERICA,** | **4:25cv198-MW/MAF** |
| | **4:25cv201-MW/MAF** |
| *Defendant.* | **4:25cv204-MW/MAF** |

**JOINT STATUS REPORT FOR CONSOLIDATED CASES**

Counsel for the parties jointly submit this status report in *Hernandez v. United States of America,* case number 4:23cv319, and the consolidated cases (collectively, "the Cases"), pursuant to paragraph 1(b) of the Court's March 26, 2025, Amended Initial Scheduling Order (ECF 54), which was incorporated into paragraph 3 of the Court's May 13, 2025, Scheduling and Mediation Order (ECF 58), and paragraph viii of the parties' August 19, 2025, Joint Status Report of the Planning Meeting and Rule 26(f) Conference (ECF 79).  Since the last status report dated February 27, 2026 (ECF 106):

Page **1** of **4**

1.  The Court has granted the parties' joint motion to modify discovery deadlines (ECF 108), considering the parties' agreement to mediate the Cases with Jason O'Steen, Esq. on May 15, 2026 (ECF 109).

2.  Defendant has produced materials in response to Plaintiffs' Requests for Production and will continue to produce additional responses and materials to Plaintiffs.

Dated: March 27, 2026

Respectfully submitted,

S/ *Jaehyun Oh\**
**JAEHYUN OH**
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, NY 10016
New York Bar No. 5668512
Tel: (212) 869-3500 Ext. 245
j.oh@fuchsberg.com
*Attorney for Plaintiff*
*(\*Pro Hac Vice)*

S/ *Whitney Marie Untiedt*
**WHITNEY MARIE UNTIEDT**
Untiedt Dabdoub, PLLC
1600 Ponce De Leon Blvd., 10th Floor
Coral Gables, FL 33134
Florida Bar No. 15819
Tel: (305) 330-2397
whitney@udlawyers.com
*Attorney for Plaintiff*

GREGORY W. KEHOE
United States Attorney

By:   */s/ Richard L. Lasseter*
RICHARD L. LASSETER
Assistant United States Attorney
Florida Bar No. 0060365
Serving pursuant to
Office of the United States Attorney
For the Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Tel. (813) 274-6000
Fax (813) 274-6200
Richard.Lasseter@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2026, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system,

which will send notice of the filing to the following CM/ECF participants:

Richard L. Lasseter
Richard.Lasseter@usdoj.gov

Lacy R. Harwell, Jr.
Randy.Harwell@usdoj.gov

*/s/ Jaehyun Oh*
Jaehyun Oh